

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRUCE ALAN GAGNE, <br><br> Defendant. | CR 19–12–BU–DLC <br><br><br> ORDER |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Bruce Alan Gagne appeared before the Court on June 20, 2019 and entered a plea of guilty to the Superseding Information. He also admitted the forfeiture allegation. Gagne's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 2253(a).

IT IS ORDERED:

THAT Gagne's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253(a):

1) Staples "Relay" 4 GB USB storage device (serial number BH111OZMWD);
2) Hammer USB external hard drive (serial number AHEA09ATBS); and
3) MacBook Pro model A1286 (serial number W89114QT71A)

1

THAT the United States Marshals Service or Homeland Security Investigations are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 2253(a) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 1st day of July, 2019.

*[signature]*
Dana L. Christensen, Chief District Judge
United States District Court