**FILED**

SEP 09 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-12-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRUCE ALAN GAGNE, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed the motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a);

2. A Preliminary Order of Forfeiture was entered on July 1, 2019;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears to be cause to issue a forfeiture order under 18 U.S.C. § 2253(a);

It is therefore ORDERED:

1. The Motion for Final Order of Forfeiture is GRANTED.

1

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a), free from the claims of any other party:

- Staples "Relay" 4 GB USB storage device (serial number BH111OZMWD);
- Hammer USB external hard drive (serial number AHEA09ATBS); and
- MacBook Pro model A1286 (serial number W89114QT71A)

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 9th day of September, 2019.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court